G. Thomas Martin, III, Esq. (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
T: (818) 907-2030; F: (818) 205-2730
tom@plglawfirm.com

Attorneys for Plaintiff,
CHRIS SMITH

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS SMITH<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DIVERSIFIED COLLECTION SERVICES, INC.; DOES 1 – 10, inclusive.<br><br>　　　　Defendant. | Case No.: C12-00741 DMR<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT** |

　　Plaintiff, CHRIS SMITH, by counsel, and Defendant, DIVERSIFIED COLLECTION SERVICES, INC., by counsel, hereby stipulate and agree to dismiss this matter with prejudice, with each party to bear its own costs and attorneys' fees.

1

DATED: May 24, 2012

2

3

4

5

6   DATED: May 24, 2012

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

RESPECTFULLY SUBMITTED,
**PRICE LAW GROUP APC**

By:_____
G. Thomas Martin, III
Attorney for Plaintiff

RESPECTFULLY SUBMITTED,
**ELIZABETH E. FRANKLIN
ATTORNEY AT LAW**

By:_____/s/_____
Elizabeth E. Franklin
Attorney for Defendant

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff CHRIS SMITH against Defendant DIVERSIFIED COLLECTION SERVICES, INC. are dismissed, with prejudice. Plaintiff CHRIS SMITH and Defendant DIVERSIFIED COLLECTION SERVICES, INC. shall each bear their own costs and attorneys' fees.

Date: May 25, 2012

_____
United States Magistrate Judge,
Northern District of California

*IT IS SO ORDERED*
*Judge Donna M. Ryu*